Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
M. Douglas Flahaut (SBN 245558)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: ordubegian.aram@arentfox.com
kong.andy@arentfox.com
flahaut.douglas@arentfox.com

*Proposed* General Bankruptcy and Restructuring
Attorneys for Debtor and Debtor in Possession

FILED
JUL 28 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

**Hi-Five Enterprises, LLC**, a California limited liability company,

        Debtor and Debtor-In-Possession.

Case No. 4:10-bk-48268-RJN

Chapter 11

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B) AND LOCAL BANKRUPTCY RULE 1015-1(B)**

**Hearing**

DATE: July 28, 2010
TIME: 11:30 a.m.
PLACE: Courtroom 220
1300 Clay Street
Oakland, CA 94612

IN THIS DISTRICT, AT OAKLAND, CALIFORNIA, ON THE DATE INDICATED BELOW:

On July 28, 2010 at 11:30 a.m., a hearing was held before the Honorable Randall J. Newsome, United States Bankruptcy Judge, to consider the *Emergency Motion for Order*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/303277.1

*Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B) and Local Bankruptcy Rule 1015-1(B)* (the "Motion") filed by Hi-Five Enterprises, LLC ("Hi-Five") and joined in by its debtor affiliates, One South Lake Street, LLC ("One South") and Wild Game Ng, LLC ("Wild Game", and collectively with Hi-Five and One South, the "Debtors"). The Debtors appeared through their counsel of record, Aram Ordubegian of Arent Fox LLP. All other appearances are as reflected on the record.

The Court has reviewed and considered the Motion; the notice of the Motion; the Declaration of Barney Ng filed in support of the Motion; all other documents submitted in connection with the Motion; all arguments and representations of counsel at the hearing; and the record in these cases. Based upon that review and consideration, the Court finds that: (1) notice of Motion was adequate and appropriate under the circumstances and no other notice need be given; (2) Hi-Five, One South and Wild Game are all affiliates of one another as defined under Bankruptcy Code section 101(2)(B) and (D); (3) there will be no material prejudice to creditors if these estates are jointly administered; (4) the Court may protect the rights of individual creditors if and when the need arises; and (5) other good and sufficient cause exists for granting the relief requested in the Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** in its entirety;

2. The Cases shall be jointly administered. The captions of the Cases shall be modified to reflect the joint administration of these Cases in the form set forth in Exhibit 1 attached hereto;

3. The Clerk of the Court shall maintain a single docket for all of the Debtors' pending chapter 11 cases and for filing, lodging, and docketing the pleadings, orders, and all other papers (including notices of hearings in any of the cases) filed in these cases, all of which will be filed under the case number assigned to Hi-Five, using a form of caption in substantially the form attached hereto as Exhibit 1;

4. The Debtors and other parties in interest shall be authorized, but not required, to combine notices to the Debtors' creditors.

5. Proofs of claim shall be captioned and filed against the particular estate against which a claim is asserted and separate claims registers for each estate shall be maintained.

6. Hi-Five, One South and Wild Game shall each file separate *Schedules of Assets and Liabilities* and *Statements of Financial Affairs*.

7. After entry of this Order, the Debtors shall transmit to all known creditors of each estate a notice setting forth the pertinent information with respect to the joint administration which notice may be combined with other notices to creditors.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Cases.

9. The terms of this Order shall be immediately effective and enforceable upon its entry.

*[Signature]*
7/28/10

###

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**HI-FIVE ENTERPRISES, LLC**, a California limited liability company; **ONE SOUTH LAKE STREET, LLC**, a Nevada limited liability company; and **WILD GAME NG, LLC**, a Nevada limited liability company d/b/a The Siena Hotel Spa & Casino,<br><br>                    Debtors. | Case No.: 4:10-bk-48268-RJN<br><br>[Jointly Administered with Case Nos. 4:10-bk-48272-RJN and 4:10-bk-48270-RJN]<br><br>Chapter 11 |
| [ ] Affects all Debtors<br><br>[ ] Applies only to Hi-Five Enterprises, LLC<br><br>[ ] Applies only to One South Lake Street, LLC<br><br>[ ] Applies only to Wild Game Ng, LLC | |

# COURT SERVICE LIST

ARISTOCRAT/COFACE COLLECTION
PO Box 8510
Metairie, LA 70011-8510

ATRONIC AMERICAS LLC
PO Box 49008
San Jose, CA 95161

BAKEMARK
5455 Louie Lane
Reno, NV 89511

BALLY TECHNOLOGIES INC
Lockbox 749335
Los Angeles, CA 90074

BANK WYOMING
435 Arapahoe
Thermopolis, WY 82443-1232

BARNEY NG
201 Lafayette Circle 2nd Fl
Lafayette, CA 94549

CITY OF RENO
Business License Renewals
PO Box 7
Reno, NV 89505

COSTCO
2200 Harvard Way
Reno, NV 89502

DE LAGE LANDEN FINANCIAL SERV
REF NO 000000000379545
PO Box 41601
Philadelphia, PA 19101-1601

FRANCHISE TAX BOARD
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

GRANT THORNTON LLP
PO Box 51552
Los Angeles, CA 90051-5852

IGT
9295 PROTOTYPE DR
ATTN Linda Rocconi-Credit Dpt
Reno, NV 89521

IGT
9295 PROTOTYPE DR
Reno, NV 89521

INTERNAL REVENUE SERVICE
Special Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA 94612-5210

JEFFREY C. KRAUSE
EVE H. KARASIK
ERIC D. GOLDBERG
STUTMAN TREISTER & GLATT
1901 Ave of the Stars, 12 Fl
Los Angeles, CA 90067

KONAMI GAMING INC
Lockbox Address
Dept 8401
Los Angeles, CA 90084-8401

KONAMI GAMING, INC.
585 Trade Center Drive
Las Vegas, NV 89118

LATHROP & GAGE LLP
1888 Century Park E., Ste 1000
Los Angeles, CA 90067

NEVADA GAMING COMMISSION
Tax and License Dept.
6980 Sierra Center Parkway, Suite 120
Reno, NV 89511

NV ENERGY
FINANCE - A/P
6226 W Sahara Ave Ms11
Las Vegas, NV 89151

OFFICE OF THE U.S. TRUSTEE/OAK
1301 Clay St. #690N
Oakland, CA 94612

PALTRONICS INC
1145 Paltronics Court
Crystal Lake, IL 60014

PDS GAMING CORPORATION-NEVADA
6280 Annie Oakley Drive
Las Vegas, NV 89120-391

RAYMOND LEASING CORPORATION
P.O. Box 130
Greene, NY 13778

RE Reno LLC
201 Lafayette Circle 2nd Fl
Lafayette, CA 94549

RENO-SPARKS CONV and VISITOR-WL
Finance Department
PO BOX 837
Reno, NV 89504-0837

SAM S CLUB/ GE MONEY BANK
13809 Research Blvd Suite 800
Austin, TX 78750

SPILLANE SHAEFFER ARONOFF and BANDLOW LLP
1888 Century Park E., Ste 1000
Los Angeles, CA 90067

SYSCO FOOD SERVICE OF SACRAMENTO
PO Box 138007
Sacramento, CA 95813

U1 GAMING
55 TIMBERLINE DRIVE
SUITE 6
Bozeman, MT 59718

WALTER NG
201 Lafayette Circle 2nd Fl
Lafayette, CA 94549

WELLS FARGO BANK, NATIONAL ASSOCIATION
3800 Howard Hughes Parkway 4th Floor
Las Vegas, NV 89109

YOUNG ELECTRIC SIGN COMPANY
775 E Glendale Ave
Sparks, NV 89431