# Notice Recipients

District/Off: 0971−4　　　User: thawkins　　　Date Created: 7/29/2010
Case: 10−48268　　　Form ID: pdfeoc　　　Total: 44

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr　　　RE Reno, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust　　　Office of the U.S. Trustee/Oak　　　USTPRegion17.OA.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Hi−Five Enterprises, LLC　　　201 Lafayette Circle, 2nd Fl　　　Lafayette, CA 94549
intp　　　City of Reno　　　Randy Munn　　　Office of the City Attorney　　　1 East 1st Street　　　Reno, NV 88501
intp　　　Nevada State Gaming Control Board　　　Nevada Gaming Commission　　　Office of the Attorney General　　　555 East Washington Avenue, Suite 3900
11106829　　　Aram Ordubegian　　　Arent Fox LLP　　　555 West Fifth Street 48th Floor　　　Los Angeles, CA 90013
11106831　　　Secretary of State　　　State of California　　　1500 11th Street　　　Sacramento, CA 95814
11106832　　　Securities &Exchange Commission　　　Attn Bankruptcy Counsel　　　5670 Wilshire Boulevard Floor 11　　　Los Angeles, CA 90036
11106833　　　Franchise Tax Board　　　Bankruptcy Unit　　　PO Box 2952　　　Sacramento, CA 95812−2952
11106834　　　Internal Revenue Services　　　Special Procedures Section　　　1301 Clay Street Stop 1400S　　　Oakland, CA 94612−5210
11106830　　　Barney Ng　　　201 Lafayette Circle 2nd Fl　　　Lafayette, CA 94549−0000
11135594　　　ARISTOCRAT/COFACE COLLECTION　　　PO Box 8510　　　Metairie, LA 70011−8510
11135595　　　ATRONIC AMERICAS LLC　　　PO Box 49008　　　San Jose, CA 95161
11135596　　　BAKEMARK　　　5455 Louie Lane　　　Reno, NV 89511
11135597　　　BALLY TECHNOLOGIES INC　　　Lockbox 749335　　　Los Angeles, CA 90074
11135598　　　BANK WYOMING　　　435 Arapahoe　　　Thermopolis, WY 82443−1232
11135599　　　BARNEYNG　　　201 Lafayette Circle 2nd Fl　　　Lafayette, CA 94549
11135600　　　CITY OF RENO　　　Business License Renewals　　　PO Box 7　　　Reno, NV 89505
11135601　　　COSTCO　　　2200 Harvard Way　　　Reno, NY 89502
11135602　　　DE LAGE LANDEN FINANCIAL SERV　　　REF NO 000000000379545　　　PO Box 41601　　　Philadelphia, PA 19101−1601
11135603　　　FRANCHISE TAX BOARD　　　Bankruptcy Unit　　　P.O. Box 2952　　　Sacramento, CA 95812−2952
11135604　　　GRANT THORNTON LLP　　　PO Box 51552　　　Los Angeles, CA 90051−5852
11135605　　　IGT　　　9295 PROTOTYPE DR　　　ATTN Linda Rocconi−Credit Dpt　　　Reno, NV 89521
11135606　　　IGT　　　9295 PROTOTYPE DR　　　Reno, NV 89521
11135607　　　INTERNAL REVENUE SERVICE　　　Special Procedures Section　　　1301 Clay Street, Stop 1400S　　　Oakland, CA 94612−5210
11135608　　　JEFFREY C. KRAUSE　　　EVE H. KARASIK　　　ERIC D. GOLDBERG　　　STUTMAN TREISTER &GLATT　　　1901 Ave of the Stars, 12 F1　　　Los Angeles, CA 90067
11135609　　　KONAMI GAMING INC　　　Lockbox Address　　　Dept 8401　　　Los Angeles, CA 90084−8401
11135610　　　KONAMI GAMING, INC.　　　585 Trade Center Drive　　　Las Vegas, NY 89118
11135611　　　LATHROP &GAGE LLP　　　1888 Century Park E., Ste 1000　　　Los Angeles, CA 90067
11135612　　　NEVADA GAMING COMMISSION　　　Tax and License Dept.　　　6980 Sierra Center Parkway, Suite 120　　　Reno, NY 89511
11135613　　　NVENERGY　　　FINANCE−AlP　　　6226 W Sahara Ave Ms11　　　Las Vegas, NV 89151
11135614　　　OFFICE OF THE U.S. TRUSTEE/OAK　　　1301 Clay St. #690N　　　Oakland, CA 94612
11135615　　　PALTRONICS INC　　　1145 Paltronics Court　　　Crystal Lake, IL 60014
11135616　　　PDS GAMING CORPORATION−NEVADA　　　6280 Annie Oakley Drive　　　Las Vegas, NV 89120−391
11135617　　　RAYMOND LEASING CORPORATION　　　P.O. Box 130　　　Greene, NY 13778
11135618　　　RE RenoLLC　　　201 Lafayette Circle 2nd Fl　　　Lafayette, CA 94549
11135619　　　RENO−SPARKS CONV and VISITOR−WL　　　Finance Department　　　PO BOX 837　　　Reno, NV 89504−0837
11135620　　　SAM'S CLUB/ GE MONEY BANK　　　13809 Research Blvd Suite 800　　　Austin, TX 78750
11135621　　　SPILLANE SHAEFFER ARONOFF and BANDLOW LLP　　　1888 Century Park E., Ste 1000　　　Los Angeles, CA 90067
11135622　　　SYSCO FOOD SERVICE OF SACRAMENTO　　　PO Box 138007　　　Sacramento, CA 95813
11135623　　　U1 GAMING　　　55 TIMBERLINE DRIVE　　　SUITE 6　　　Bozeman, MT 59718
11135624　　　WALTERNG　　　201 Lafayette Circle 2nd Fl　　　Lafayette, CA 94549
11135625　　　WELLS FARGO BANK, NATIONAL ASSOCIATION　　　3800 Howard Hughes Parkway 4th Floor　　　Las Vegas, NV 89109
11135626　　　YOUNG ELECTRIC SIGN COMPANY　　　775 E Glendale Ave　　　Sparks, NV 89431
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 42