**Entered on Docket**
**August 06, 2010**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed: August 05, 2010**

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re Hi-Five Enterprises, LLC,

        Debtors.

Case No. 10-48268
Chapter 11
Jointly Administered with
10-48272 and 10-48270

## ORDER ESTABLISHING ADMINISTRATIVE PROCEDURES

In accordance with the record established at a July 28, 2010 hearing held in the above-captioned jointly administered cases:

1) All pleadings filed in these cases, except for a proposed disclosure statement and plan of reorganization, shall omit all recitations of the history of the debtor(s) and these cases.

2) All briefs in support of motions in these cases shall be limited to 15 pages in length. Briefs in response to motions shall be limited to 15 pages in length, and reply briefs shall be limited to 5 pages in length. Sur-replies shall not be filed. These pages limits do not include exhibits attached to the pleading. All briefs shall be double-spaced and written in 12 point font.

3) Monthly omnibus hearing dates will be scheduled. All matters filed in these cases and scheduled for a hearing will be heard on an omnibus hearing date. Additional hearing dates on matters will be scheduled only upon a showing of compelling circumstances. Motions to shorten time are strongly disfavored, and will only be granted upon a showing of extremely dire circumstances.

4) A list of all matters scheduled for a hearing shall be provided to the Calendar Clerk (510-879-3533) by no later than the last day for service of the notice of hearing date. *See*, Local Rule 9014-1(b)(3)(a), 9014-1(c)(1) or 9014-1(c)(2).

5) Counsel for the debtor shall be responsible for providing the court with copies of **all** motions or other pleadings filed and scheduled for omnibus hearings. These documents shall be placed in three-ring binders in accordance with the local rules of the bankruptcy court for the District of Delaware. The hearing binders shall be delivered to the court

*at least 7 calendar days* in advance of the scheduled hearing date. Motions and pleadings submitted after this deadline will not be considered.

6) Applications for compensation and expense reimbursement of all professionals shall be scheduled by the Court on a single hearing date. Once a hearing date on such applications is scheduled, copies of all such applications filed and scheduled for hearing shall be placed in three-ring binders and delivered to the court *at least two calendar weeks* in advance of the scheduled hearing date. Applications submitted after this deadline will not be considered at the scheduled hearing.

7) Telephonic appearances, wherein the person appearing intends to actively participate in the hearing, are disfavored. "Listen only" telephonic appearances will be freely allowed. All requests for telephonic appearances must comply with the Court's telephonic appearance request procedures as posted on the Court website. Among other things, that procedure requires that requests be made *at least 5 court days in advance* of the scheduled hearing.

8) Appearances by local counsel will not be required in these cases. Lawyers who are not members of the bar of this court must comply with Civil Local Rule 11-3 of the United States District Court for the Northern District of California.

A final hearing on the motion for approval of use of cash collateral is hereby scheduled for **August 25, 2010 at 11:30 a.m.**, in courtroom 220, located at 1300 Clay Street, Oakland, California.

The first omnibus hearing is hereby scheduled for **August 25, 2010 at 11:30 a.m.**, and the second omnibus hearing is hereby scheduled for **September 29, 2010, at 11:30 a.m.**, in courtroom 220, located at 1300 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

All participants, including interested parties