BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
e-mail: lynette.c.kelly@usdoj.gov

Attorneys for Acting United States Trustee,
AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>HI-FIVE ENTERPRISES, LLC a California limited liability company; ONE SOUTH LAKE STREET, LLC, a Nevada limited liability company; and WILD GAME NG., LLC, a Nevada limited liability company d/b/a/ The Siena Hotel Spa & Casino<br><br>[ ] Affects all Debtors<br><br>[ ] Applies only to Hi-Five Enterprises, LLC<br><br>[ ] Affects only to One South Lake Street, LLC<br><br>[X ] Applies to Wild Game Ng, LLC | Case No. 4:10-bk-48268-RJN<br><br>[Jointly Administered with Case Nos. 4:10-bk-48272-RJN and 4:10-bk-48270-RJN]<br><br>Chapter 11 |

**APPOINTMENT AND NOTICE OF APPOINTMENT
OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

NOTICE IS HEREBY GIVEN that, pursuant to 11 U.S.C. § 1102, the Acting United States Trustee hereby appoints the creditors whose names are set forth in Exhibit "1" attached hereto to serve on

///

the Committee of Creditors holding unsecured claims.

Date: August 10, 2010          BARBARA MATTHEWS
Assistant United States Trustee

By: <u>Lynette C. Kelly</u>
LYNETTE C. KELLY
Trial Attorney

Attorneys for August B. Landis,
Acting United States Trustee

Exhibit 1

**CREDITORS' COMMITTEE**

Case No. 4:10-bk-48268-RJN

| | |
|---|---|
| IGT<br>9295 Prototype Drive<br>Reno, Nevada 89521<br>ATTN: Gent R. Culver<br>Telephone: (775)448-0130<br>Facsimile: (775) 448-0401<br>e-mail: gent.culver@IGT.com | |
| Pearl L. Tom<br>3744 Grove Ave.<br>Palo Alto, Ca 94303<br>Telephone: (650) 494-3871<br>Facsimile: (650) 494-3871 (same as Tel.)<br>e-mail: pearltom17@hotmail.com | |
| Bally Gaming, Inc. dba Bally Technologies<br>6601 S. Bermuda Road<br>Las Vegas, NV 89119<br>ATTN: Patrick Spargur<br>Telephone: (702) 584-7700<br>Facsimile: (702) 584-7894<br>e-mail: pspargur@ballytech.com | |