Form TMTC

RECEIVED OCT 1 8 2010 BANKRUPTCY COURT OAKLAND, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

10 OCT 12 PM 1:46
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

| In re Debtor(s): | Case No.: 10-48268 RN 11 |
|---|---|
| Hi-Five Enterprises, LLC | Chapter: 11 |

## TRANSMITTAL MEMORANDUM FOR A TRANSFERRED CASE

Dear Clerk,

An order has been entered directing the transfer of the below captioned case

From:
UNITED STATES BANKRUPTCY COURT
1300 Clay Street #300 (94612)
Post Office Box 2070
Oakland, CA 94604-2070
510-879-3600

To:
UNITED STATES BANKRUPTCY COURT
C. Clifton Young Federal Building
300 Booth Street
Reno, NV 89509

Pursuant to that order the following are transmitted:

☑ Certified Copy Of Order Transferring Case

☑ Certified Copy Of Case Docket Sheet

☐ Copy of All Documents from file are on Disk

☑ Copy of This Transmittal Memorandum

Dated: 10/12/10

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Transferred by Deputy Clerk: Patricia Lenhart

Please acknowledge receipt of the above checked items for the transferred case captioned and provide your new case number on the copy of this form. Return acknowledgment and new case number to:

United States Bankruptcy Court
1300 Clay Street #300 (94612)
Post Office Box 2070
Oakland, CA 94604-2070
510-879-3600

Received by Deputy Clerk: C. Youngblood

District Code: 0981

Office Code: 3

New CASE Number: 10-54013